HEATHER M. McKEON, ESQ.; STATE BAR NO.: 186414
Email: hmckeon@tharpe-howell.com
SARAH J. REYNOLDS, ESQ.; STATE BAR NO.: 299510
Email: sreynolds@tharpe-howell.com

**THARPE & HOWELL, LLP**
**15250 Ventura Blvd., Ninth Floor**
**Sherman Oaks, California 91403**
**(818) 205-9955; (818) 205-9944 fax**

JS-6

Attorneys for Defendant,
STATE FARM GENERAL INSURANCE COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| GARINE DEPOYAN, an individual,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>STATE FARM GENERAL INSURANCE COMPANY, a business entity; and DOES 1 to 50, inclusive.<br><br>　　　　　Defendants. | Case No.  2:24-cv-04690-FMO(RAOx)<br>[LASC Case No.: 24NNCV01375]<br><br>Complaint Filed: October 26, 2023<br><br>**ORDER GRANTING THE PARTIES' STIPULATION [16] TO REMAND TO STATE COURT**<br><br>[Concurrently filed with Stipulation to Remand to State Court]<br><br>District Judge Fernando M. Olguin<br>Magistrate Judge Rozella A. Oliver |

The Court, having read and considered the parties' Stipulation to Remand, hereby ORDERS as follows:

**I.　　BACKGROUND**

On May 3, 2024, GARINE DEPOYAN ("Plaintiff") filed a Complaint for breach of contract and breach of the duty of good faith and fair dealing against STATE FARM GENERAL INSURANCE COMPANY ("State Farm" OR "Defendant") in the Superior Court for the State of California, County of Los Angeles, Case No. 24NNCV01375, related to a water loss that occurred on or about December 13, 2022, at Plaintiff's residence located at 554 N. Chester Avenue, Pasadena, CA 91106. On June 5, 2024, State Farm timely removed this matter to the United States District Court

for the Central District of California pursuant to 28 U.S.C. §§ 1332, and 1441.

1.         On or about July 26, 2024, Plaintiff agreed that her damages are capped at $75,000.00. Because Plaintiff's damages are capped $75,000.00, at the parties agree that the amount in controversy no longer exceeds and cannot exceed the sum of $75,000.00 and, accordingly, the United States District Court for the Central District of California no longer has subject matter jurisdiction over this case.

Accordingly, the parties request an order remanding the case to the Los Angeles County Superior Court of California, Case No. 24NNCV01375.

## II.   ANALYSIS

United States Code, Title 28, Section 1447(c), provides that "[i]f at any time before final judgment it appears that the district court lacks subject matter jurisdiction, the case *shall be remanded*." (Emphasis added). Because the amount in controversy does not exceed the sum of $75,000.00, this Court lacks subject matter jurisdiction and must, therefore, remand the case to state court pursuant to 28 U.S.C. § 1447(c). *See Bruns v. NCUA* 122 F.3d 1251, 1257 (9th Cir. 1997) ("Section 1447(c) is mandatory, not discretionary.")

## III.   ORDER OF THE COURT

Based on the foregoing, this Court ORDERS that:

1. As the amount in controversy is not and cannot be more than $75,000.00 this Court will no longer have subject matter jurisdiction and this case, Federal Case No. 2:24-cv-04690-FMO (RAOx), is hereby remanded to the Superior Court for the State of California, County of Los Angeles, Case No. 24NNCV01375.

2. All pending dates in the Federal action are hereby vacated.

3. Plaintiff cannot obtain damages greater than $75,000.00, if any, in her lawsuit against State Farm, under either Case No. 2:24-cv-04690-FMO (RAOx) or Case No. 24NNCV01375.

///

///

4. This Order shall be accorded full force and effect in the Superior Court of the State of California, County of Los Angeles, Case No. 24NNCV01375.

IT IS SO ORDERED.

Dated: August 12, 2024

/s/
HON. FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE